UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRI WAX** | **CIVIL ACTION** |
| **VERSUS** | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **NO. 23-01069-BAJ-EWD** |

## JUDGMENT

Considering the **Stipulation Of Dismissal With Prejudice (Doc. 29)**, which the Court construes as a stipulation of dismissal that dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 26th day of July, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**